```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALLAN E. GOETSCH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     v.                        )<br>                               )<br> ALLAN E. GOETSCH,              )<br>                               )<br>          Defendant.           )<br>                               )<br>_____) | Cr. S. No. 05-194-FCD<br><br>**STIPULATION AND ORDER ADVANCING**<br>**CHANGE OF PLEA HEARING**<br><br>Date: June 6, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, ALLAN E. GOETSCH, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the change of plea hearing set for June 13, 2005 at 9:30 a.m. be advanced to June 6, 2005 at 9:30 a.m.

//

//

The parties request this date change so that the change of plea can proceed before defense counsel takes maternity leave.

DATED: June 2, 2005.                Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ALLAN E. GOETSCH


                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
DATED: June 2, 2005.                _____
                                    JASON HITT
                                    Assistant U.S. Attorney

_____**O R D E R**

   **IT IS SO ORDERED.**

DATED: June 2, 2005.        /s/ Frank C. Damrell Jr.
                            _____
                            HON. FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE