1  QUIN DENVIR, Bar #49374
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ALLAN E. GOETSCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. S. No. 05-194-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **JUDGMENT AND SENTENCING HEARING** |
| ALLAN E. GOETSCH, | ) | |
| | ) | |
| Defendant. | ) | Date: December 12, 2005 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, ALLAN E. GOETSCH, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing hearing set for August 15, 2005 at 9:30 a.m. be continued to December 12, 2005 at 9:30 a.m.

The dates for disclosure of the presentence report should be set as follows:

    Draft Report Due          November 7, 2005
    Informal Objections       November 21, 2005
    Final Report Due          November 28, 2005

1                   Formal Objections                December 5, 2005

2     The parties request this date change because Mr. Goetsch would
3  like Ms. Barbour to handle his judgment and sentencing hearing after
4  her return from leave in early December.  Further, the continuance
5  allows the parties to finalize matters related to an expected motion
6  under USSG § 5K1.1.  Mr. Goetsch has indicated his concurrence with
7  this request below, and the probation officer also concurs with this
8  request.

9

10 DATED: June 16, 2005.           Respectfully submitted,

11                                 QUIN DENVIR
                                   Federal Defender
12
                                   /s/ Rachelle Barbour
13                                 _____
                                   RACHELLE BARBOUR
14                                 Assistant Federal Defender
                                   Attorney for Defendant
15                                 ALLAN E. GOETSCH

16
                                   McGREGOR W. SCOTT
17                                 United States Attorney

18
                                   /s/ Rachelle Barbour for
19 DATED: June 16, 2005.           _____
                                   JASON HITT
20                                 Assistant U.S. Attorney

21
       I hereby request that my judgment and sentencing hearing be
22
   continued to December 12, 2005 from August 15, 2005, so that my current
23
   defense counsel, Rachelle Barbour, can represent me at that hearing
24
   after she returns from leave.
25

26 DATED: 6/10/05___              /s/ Alan E. Goetsch_____
                                   ALLAN E. GOETSCH
27                                 Defendant

28 ///

                                   **2**

|   |   |
|---|---|
| 1 |  |
| 2 | **O R D E R** |
| 3 | **IT IS SO ORDERED.** |

DATED: June 16, 2005.        /s/ Frank C. Damrell Jr.
                             HON. FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE