IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. S-05-0194-01 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ALLAN EVERETT GOETSCH, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALLAN EVERETT GOETSCH, Case No. Cr. S-05-0194 FCD, Charge 18 U.S.C. sections 371 and 1343, Internet Fraud, from custody.

    X    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $ [ ]

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   _X_   (Other) Additional conditions as set forth in the separate Judgment to be issued.

Issued at Sacramento, CA on January 9, 2006 at 10:00 a.m.

Dated: January 9, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          UNITED STATES DISTRICT JUDGE